**Gary Steven SCOTT, Plaintiff–Appellant,**

v.

**Michael McCALL, Deputy Director of South Carolina Dept. of Corrections; James Dean, Assoc. Warden; Willie Davis, Assoc. Warden; Thomas Commander, Captain; Marlon Fedd, Food Services Director, Defendants–Appellees.**

No. 15–7132.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 20, 2015.

Decided: Oct. 23, 2015.

Gary Steven Scott, Appellant Pro Se.

Lisa Arlene Thomas, Thompson & Henry, PA, Conway, South Carolina, for Appellees.

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gary Steven Scott appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Scott v. McCall*, No. 6:14–cv–02750–RMG, 2015 WL 3649773 (D.S.C. June 11, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*